PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 08 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTUR SCHABACK, <br><br> Defendant. | CASE NO. 2:24-cr-0072 KJM <br><br> [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN THE GOVERNMENT'S NOTICE OF REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b) and based on the representations contained in the government's Request to Seal Documents, IT IS HEREBY ORDERED that a five-page supplement to the plea agreement and the government's Request to Seal Documents shall be SEALED until further order of this Court.

It is further ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the supplement to the plea agreement serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

In light of the public filing of the Notice of Request to Seal Documents, the Court further finds

that there are no additional alternatives to sealing the supplement to the plea agreement and the Request to Seal Documents that would adequately protect the compelling interests identified by the government.

Dated: 7/8/24

THE HONORABLE KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE