PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
ROBIN TUBESING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTUR SCHABACK,<br><br>　　　　Defendant. | Case No.: 2:24-CR-00072-KJM<br><br>**STIPULATION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; ORDER**<br><br>[No Hearing Requested] |

　　　　The United States and Defendant ("Parties") hereby request this Court approve the following stipulation:

　　　　**RECITATION OF FACTS**

　　　　On March 27, 2024, the United States filed an Information charging Defendant with one count of conspiracy to willfully fail to establish, develop, implement, and maintain an effective anti-money laundering program, in violation of 18 U.S.C. § 371.  Defendant pleaded guilty to that charge on July 8, 2024, pursuant to a written plea agreement.  ECF 14.

　　　　**STIPULATION**

　　　　1.　　Defendant agrees to pay at least $1,000,000 to the Clerk of the Court no later than July 12, 2024.

　　　　2.　　The Parties agree that upon receipt, the Clerk should deposit the payment(s) into the Court's deposit fund.

3. Once the imposed judgment is entered and docketed, the Parties agree that the funds should then be transferred to Defendant's criminal case and applied towards his criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

FOR THE UNITED STATES:

                                          PHILLIP A. TALBERT
                                          United States Attorney

Dated: _July 10, 2024_                 By:    /s/ ROBIN TUBESING
                                               ROBIN TUBESING
                                               Assistant United States Attorney

FOR THE DEFENDANT:

Dated: July 10, 2024                        /s/ ANDREA MOSELEY
                                               ANDREA MOSELEY
                                               Attorney for Artur Schaback, Defendant

# O R D E R

The Court, having reviewed the court files and the Parties' Stipulation, and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant shall pay at least $1,000,000 no later than July 12, 2024, to the Clerk of the Court. The funds may be paid directly by Defendant or by any individual or entity on his behalf. The payment instrument(s) shall be made out to the "Clerk of the Court" and be delivered by mail or in person to:

> OFFICE OF THE CLERK
> Re: Case No. 2-24-CR-00072
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

2. Upon receipt, the Clerk shall deposit the payment(s) into the Court's deposit fund.

3. Once the imposed judgment is entered and docketed, the funds shall be transferred to Defendant's criminal case and applied towards his criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

DATED: July 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE