1  ERIC GRANT
   United States Attorney
2  MATTHEW THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                    CASE NO.  2:24-cr-00072-JAM

12                        Plaintiff,            **STIPULATION AND ORDER TO CONTINUE
                                                STATUS CONFERENCE REGARDING
13              v.                              SENTENCING**

14 ARTUR SCHABACK,                              DATE: May 5, 2026
                                                TIME: 9:00 am
15                        Defendant.            COURT: Hon. John A. Mendez

16

17                          <u>**STIPULATION**</u>

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.    On March 27, 2024, the United States filed an information charging Schaback with one

21 count of conspiracy to willfully fail to establish, develop, implement, and maintain an effective anti-

22 money laundering program, in violation of 18 U.S.C. § 371. ECF 1.

23        2.    On July 8, 2024, Schaback pleaded guilty to that charge, pursuant to a plea agreement

24 and a sealed supplement to the plea agreement. ECF 14, 17, 18.

25        3.    This matter currently is set for a status conference regarding sentencing on January 6,

26 2026. ECF 33.

27        4.    As detailed in the factual basis attached to Schaback's plea agreement, the charge to

28 which he pleaded guilty stemmed from his involvement in Paxful, Inc., and related companies

1  (collectively, "Paxful").

2      5.      After pleading guilty, Schaback provided, and he has continued to provide, information

3  relevant to the government's investigation related to Paxful, which may bear on the government's

4  sentencing recommendation.

5      6.      For that reason, the parties jointly request that this Court continue the status conference

6  regarding sentencing to May 5, 2026.

7      7.      Supervising United States Probation Officer Lynda Moore does not object to the parties'

8  request.

9      **IT IS SO STIPULATED.**

10

 Dated:  December 16, 2025

11                                                 ERIC GRANT
                                                   United States Attorney
12

13                                                 /s/ MATTHEW THUESEN
                                                   MATTHEW THUESEN
14                                                 Assistant United States Attorney

15

16  Dated:  December 16, 2025             /s/ ANDREA MOSELEY
                                                   ANDREA MOSELEY
17                                                 MICHAEL D. LONG
                                                   Counsel for Defendant
18                                                 Artur Schaback

19

20                          **ORDER**

21      Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the

22  **status conference regarding sentencing** set for Jan 06, 2026, is **CONTINUED** to **May 05, 2026, at**

23  **9:00 a.m.**

24      IT IS SO ORDERED.

25

26  Dated:  December 16, 2025

27                                                 _____
                                                   JOHN A. MENDEZ,
28                                                 SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE                    2
REGARDING SENTENCING; ORDER