ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR SCHABACK,<br><br>Defendant. | CASE NO.  2:24-cr-00072-JAM<br><br>**SIXTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING**<br><br>DATE: August 25, 2026<br>TIME: 9:00 am<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On March 27, 2024, the United States filed an information charging Schaback with one count of conspiracy to willfully fail to establish, develop, implement, and maintain an effective anti-money laundering program, in violation of 18 U.S.C. § 371. ECF 1.

2.      On July 8, 2024, Schaback pleaded guilty to that charge, pursuant to a plea agreement and a sealed supplement to the plea agreement. ECF 14, 17, 18.

3.      This matter currently is set for a status conference regarding sentencing on May 5, 2026. ECF 35.

4.      As detailed in the factual basis attached to Schaback's plea agreement, the charge to which he pleaded guilty stemmed from his involvement in Paxful, Inc., and related companies

(collectively, "Paxful").

5.    After pleading guilty, Schaback provided, and he has continued to provide, information relevant to the government's investigation related to Paxful, which may bear on the government's sentencing recommendation.

6.    Paxful's former Chief Executive Officer, Mohamed Azab Yousssef, defendant in Case No. 2:25-CR-0279 JAM, was arrested on February 13, 2026, and arraigned by Magistrate Judge Kim on a four-count indictment on February 27, 2026. That case is currently pending before this Court, and Schaback continues to provide information relevant to the prosecution of Youssef, which may also bear on the government's sentencing recommendation.

7.    For that reason, the parties jointly request that this Court continue the status conference regarding sentencing to August 25, 2026.

8.    Supervising United States Probation Officer Lynda Moore does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated:  April 20, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  April 20, 2026

/s/ ANDREA MOSELEY
ANDREA MOSELEY
Counsel for Defendant
Artur Schaback

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE REGARDING SENTENCING

2

**ORDER**

Based on the stipulation of the parties, the status conference regarding sentencing currently set for May 05, 2026, is **CONTINUED** to **August 25, 2026, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: April 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE REGARDING SENTENCING

3