ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section
Criminal Division, U.S. Department of Justice
EMILY COHEN
Trial Attorney
1400 New York Ave., NW
Washington, D.C. 20005
Telephone: (202) 514-1263

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARTUR SCHABACK,

Defendant.

CASE NO. 2:24-cr-00072-JAM

**<u>SEVENTH</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING**

DATE: August 25, 2026
TIME: 9:00 am
COURT: Hon. John A. Mendez

## <u>STIPULATION</u>

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 27, 2024, the United States filed an information charging Schaback with one count of conspiracy to willfully fail to establish, develop, implement, and maintain an effective anti-money laundering program, in violation of 18 U.S.C. § 371. ECF 1.

2. On July 8, 2024, Schaback pleaded guilty to that charge, pursuant to a plea agreement and a sealed supplement to the plea agreement. ECF 14, 17, 18.

3. This matter currently is set for a status conference regarding sentencing on August 25, 2026. ECF 40.

4. As detailed in the factual basis attached to Schaback's plea agreement, the charge to which he pleaded guilty stemmed from his involvement in Paxful, Inc., and related companies (collectively, "Paxful").

5. After pleading guilty, Schaback provided information relevant to the government's investigation related to Paxful, which may bear on the government's sentencing recommendation.

6. Paxful's former Chief Executive Officer, Mohamed Azab Yousssef, defendant in Case No. 2:25-cr-279 JAM, was arrested on February 13, 2026, and arraigned on a four-count indictment on February 27, 2026. That case is currently pending before this Court, and Schaback continues to provide information relevant to the prosecution of Youssef, which may also bear on the government's sentencing recommendation.

7. For those reasons, the parties jointly request that this Court continue the status conference regarding sentencing to January 26, 2027.

**IT IS SO STIPULATED.**

//

//

//

//

//

//

//

//

//

//

//

//

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: August 10, 2026

MARGARET A. MOESER
CHIEF, MONEY LAUNDERING, NARCOTICS AND FORFEITURE SECTION, CRIMINAL DIVISION
U.S. Department of Justice

/s/ EMILY COHEN
EMILY COHEN
Trial Attorney

Dated: August 10, 2026

/s/ ANDREA MOSELEY
ANDREA MOSELEY
Counsel for Defendant
Artur Schaback

**ORDER**

Based on the stipulation of the parties, the status conference regarding sentencing currently set for August 25, 2026, is **CONTINUED** to **January 26, 2027, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: August 11, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE